IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, Jr.,

    Plaintiff,    No. CIV S- 03-2574 LKK GGH P

    vs.

Edward S. Alameida, et al.,    ORDER

    Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Pursuant to court order, plaintiff has filed a second amended complaint.

    The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) as to several defendants. However, as to a number of defendants, no such claim is set forth and, by concurrent filing, this court recommends their dismissal from this action.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants: Jeanne S. Woodford; Edward S. Alameida; Deuel Vocational Institute employees: Claude E. Finn; S.R. Moore; B. Simon; S. Schlatter; Bobby Jones; J. Anotiada; R.D. McElmore; Facio; CSP-Old Folsom employees: Mike Knowles; Diana K. Butler; Michael D. Bunnell; James T. Blair; Douglas C.

Peterson; Tami Falconer.

2. The Clerk of the Court shall send plaintiff sixteen (16) USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed November 19, 2004.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Seventeen (17) copies of the endorsed second amended complaint filed November 19, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 6/14/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
wolf2574.ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, Jr.,

    Plaintiff,                  No. CIV S- 03-2574 LKK GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,        NOTICE OF SUBMISSION

    Defendants.              OF DOCUMENTS

_____ /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _1_    completed summons form

      _16_   completed USM-285 forms

      _17_   copies of the November 19, 2004 Second Amended Complaint

DATED:

                                                  Plaintiff

DATED: