IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, Jr.,

        Plaintiff,                  No. CIV S-03-2574 LKK GGH P

   vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 21, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Anotiada was returned unserved because "CDC unable to locate Def." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed November 19, 2004;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed November 19, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 11/14/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
wolf2574.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, Jr.,

    Plaintiff,                      No. CIV S-03-2574 LKK GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.               <u>NOTICE OF SUBMISSION</u>

_____/     <u>OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    <u> One </u>      completed summons form

    <u> One </u>      completed USM-285 form

    <u> Two </u>      copies of the <u> November 19, 2004 </u>
                                               Amended Complaint

DATED:

_____
                Plaintiff