IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

        Plaintiff,                    No. CIV S-03-2574 LKK GGH P

   vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.         <u>ORDER</u>

        Plaintiff has requested a sixty-day extension of time to file a third amended complaint pursuant to the court's order of September 7, 2006.  Plaintiff has provided sufficient ground only to warrant the court's granting a more limited extension of time.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 16, 2006 request for an extension of time is partially granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

DATED: 10/23/06                          /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
wolf2574.36