1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MARION C. WOLFE, JR.,
11             Plaintiff,                  No. CIV S-03-2574 LKK GGH P
12        vs.
13  EDWARD S. ALMERIDA, et al.,
14             Defendants.                 <u>ORDER</u>
15  _____/
16        Plaintiff has requested a 60-day extension of time to file an opposition to
17  defendants' September 11, 2007, motion to dimiss.  Plaintiff does not make a sufficient showing
18  for such a long  period of time.
19        Accordingly, IT IS HEREBY ORDERED that:
20        1. Plaintiff's October 16, 2007, request for an extension of time is partially
21  granted;
22        2. Plaintiff is granted thirty days from the date of this order in which to file his
23  opposition;
24  \\\\\
25  \\\\\
26  \\\\\

3. Should plaintiff demonstrate that he has not be granted any access to the legal property/materials he avers that he needs to respond to the motion within that period of time, he may, with adequate proof, seek a further extension.

DATED: 10/23/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE
GREGORY G. HOLLOWS

GGH:009/cm
wolf2574.36