IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

    Plaintiff,                                No. CIV S-03-2574 LKK GGH P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.                  <u>ORDER</u>

          Plaintiff, evidently now a former state prisoner proceeding pro se,[1] seeks relief pursuant to 42 U.S.C. § 1983. Pursuant to the court's March 31, 2009, scheduling order, discovery was to end on June 26, 2009. Pending before the court is defendants' motion to compel plaintiff's appearance for a deposition, sanctions and to modify the scheduling order.

          Defendants' state that they timely served plaintiff with notice of a deposition for June 25, 2009, but plaintiff did not appear or assert any objections or request a protective order. The court also notes that defendants' filed the instant motion on June 26, 2009, but plaintiff has not filed any response. Plaintiff will be ordered to attend the next deposition date and the deadline for discovery will be extended. The court will consider sanctions against plaintiff, but

---

[1] Plaintiff indicates he is now a parolee and his address of record substantiates that he is no longer incarcerated.

1

1 defendants must provide a declaration setting forth the expenses associated with the missed
2 deposition.
3     Accordingly, IT IS HEREBY ORDERED that defendant's June 26, 2009, motion
4 to compel is granted, in that:
5     1.  Plaintiff, after being served with proper notice, is ordered to attend his
6 deposition (date to be determined by defense counsel as soon as reasonably possible);
7     2.  The June 26, 2009, deadline for discovery and filing of any motion to compel,
8 set forth in the March 31, 2009, Scheduling Order, is extended until August 10, 2009
9     3.  Within ten (10) days of service of this order defendants' are to provide a
10 declaration describing a reasonable attorney's fee and court reporter expenses that plaintiff
11 should pay as a sanction.
12 DATED: July 9, 2009

                              /s/ Gregory G. Hollows

                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:ab
wolf2574.cmpl