IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARION C. WOLFE, Jr.,** | Case No. CIV S-03-2574 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **EDWARD S. ALAMEIDA, et al.,** | |
| Defendants. | |

    Upon examination of the moving documents and good cause appearing, the Court grants Defendants' motion filed on August 7, 2009, and orders as follows:

    The August 10, 2009 deadline for discovery and filing of any motion to compel, set forth in the Order filed on July 10, 2009 (CR 96), is extended until August 20, 2009.

    IT IS SO ORDERED.

Dated: August 11, 2009

                    /s/ Gregory G. Hollows

               UNITED STATES MAGISTRATE JUDGE

Wolf2574.eot