IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

      Plaintiff,                      No. CIV S-03-2574 LKK GGH P

      vs.

EDWARD S. ALAMEIDA, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff, now a former state prisoner proceeding pro se,[1] seeks relief pursuant to 42 U.S.C. § 1983. On August 20, 2009, defendants' filed a motion to dismiss (Doc. 100) as a sanction for plaintiff's failure to appear at two depositions. Plaintiff has not filed an opposition.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff shall file an opposition to the motion to dismiss (Doc. 100) within twenty-one (21) days of service of this order.

\\\\\

\\\\\

---

[1] Plaintiff indicates he is now a parolee and his address of record substantiates that he is no longer incarcerated.

1

2. Failure to file an opposition may result in a recommendation that this action be dismissed.

DATED: October 5, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh: ab
wolf2574.ord